UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| REX PHELPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:19-cv-00234-MPB-RLY |
| | ) |
| ANDREW M. SAUL Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT.**

The Court, having granted in part for Plaintiff Rex Phelps and affirmed in part for the Defendant Andrew M. Saul, enters judgment in part for Plaintiff and in part for Defendant. The Commissioner's decision is remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings.

**Entered**: 3/30/2021

_Matthew P. Brookman_
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Service will be made electronically on all ECF-registered counsel of record.